[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

**RECEIVED**

AUG 30 2024

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

_Bruce Vidor_

_____

(Enter above the full name
of the plaintiff or plaintiffs in
this action)

vs.

_Office of the State Attorney Cook County Illinois_

Case No 1:24-cv-07911
(To be  Judge Matthew F. Kennelly
Magistrate Judge M. David Weisman
RANDOM/Cat 3

_____

(Enter above the full name of ALL
defendants in this action. <u>Do not</u>
use "et al.")

**CHECK ONE ONLY:**

✓     **COMPLAINT UNDER THE CIVIL RIGHTS ACT, TITLE 42 SECTION 1983 U.S. Code** (state, county, or municipal defendants)

_____     **COMPLAINT UNDER THE CONSTITUTION ("BIVENS" ACTION), TITLE 28 SECTION 1331 U.S. Code** (federal defendants)

_____     **OTHER** (cite statute, if known)

*BEFORE FILLING OUT THIS COMPLAINT, PLEASE REFER TO "INSTRUCTIONS FOR FILING." FOLLOW THESE INSTRUCTIONS CAREFULLY.*

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

I. **Plaintiff(s):**

A. Name: _Bruce Bernard Taylor_

B. List all aliases: _____

C. Prisoner identification number: _R70732_

D. Place of present confinement: _Dixon IL Center_

E. Address: _2600 N. Brinton Ave Dixon IL 61021_

(If there is more than one plaintiff, then each plaintiff must list his or her name, aliases, I.D. number, place of confinement, and current address according to the above format on a separate sheet of paper.)

II. **Defendant(s):**
(In **A** below, place the full name of the first defendant in the first blank, his or her official position in the second blank, and his or her place of employment in the third blank. Space for two additional defendants is provided in **B** and **C**.)

A. Defendant: _Office of the State Attorne Cook County Illinois_

Title: _Kimberly Foxx_

Place of Employment: _Head of Prosicutions_

B. Defendant: _____

Title: _____

Place of Employment: _____

C. Defendant: _____

Title: _____

Place of Employment: _____

(If you have more than three defendants, then all additional defendants must be listed according to the above format on a separate sheet of paper.)

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

III. List ALL lawsuits you (and your co-plaintiffs, if any) have filed in any state or federal court in the United States:

  A. Name of case and docket number: #20220993128 / XE.22CR1072801

  B. Approximate date of filing lawsuit: 08/30/2024

  C. List all plaintiffs (if you had co-plaintiffs), including any aliases: _____

  D. List all defendants: _____

  E. Court in which the lawsuit was filed (if federal court, name the district; if state court, name the county): District of Illinois

  F. Name of judge to whom case was assigned: UNKNOWN

  G. Basic claim made: NONE YET

  H. Disposition of this case (for example: Was the case dismissed? Was it appealed? Is it still pending?): Still ongoing ILLEGAL

  I. Approximate date of disposition: 09-01-2022

**IF YOU HAVE FILED MORE THAN ONE LAWSUIT, THEN YOU MUST DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THIS SAME FORMAT. REGARDLESS OF HOW MANY CASES YOU HAVE PREVIOUSLY FILED, YOU WILL NOT BE EXCUSED FROM FILLING OUT THIS SECTION COMPLETELY, AND FAILURE TO DO SO MAY RESULT IN DISMISSAL OF YOUR CASE. CO-PLAINTIFFS MUST ALSO LIST ALL CASES THEY HAVE FILED.**

3

Revised 9/2007

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

IV.  **Statement of Claim:**

State here as briefly as possible the facts of your case. Describe how each defendant is involved, including names, dates, and places. **Do not give any legal arguments or cite any cases or statutes.** If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

I Bruce Victor was charged with 1a Attempted Sodom in 1993 I was sentance to three year probation in the state of Oregon with Portland It was a simple charge I violated probation four times and was sentance to 2-years in Oregon Penitentary I got out I registered for a while but then caught a federal case and went to prison Feds. I got out went back completed the probation came back to Chicago in Dec. 4-2010. I was stoped by westeeran police taking to I Said for her her to Regester in Illinois after I never Regestered in 2013 = march then arrested me again But there

4                                                                                                                Revised 9/2007

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

MADE ME DO THREE YEARS BUT FIX THE CASE OVER WHERE I COULD HAVE RESERSATION FOR LIFE AND THEY KEEP LOCKING ME UP FOR IT EVEN AFTER I WENT BACK TO OREGON I WENT TO REGESTER AND THEY TOLD ME RESERVATION IN (MARCH OF 2015) HAD ENDED THEY LOCK ME UP AGAIN AFTER I RETURNED FROM OREGON HAD BEEN TOLD THERE WAS NO MORE RESERVATIONS (THIS IS UNDER THE CASE # 93-12-38590) IN 2022 THEY ARRESTED ME HERE AND SAID I HAD TO GO BACK TO REGESTER AND THEY CHARGE ME WITH ATTEMPTED FINANCIAL INSTITUTION ROBBERY. WOULD THEY CHARGE WITH A 1507A AND THE ATTEMPTED SODOMY IN 2016 WHEN I WENT BACK TO COURT THEY TOLD ME THERE WOULD DROP THE WAIVER TO REGESTER IF I AGREE TO THE FINANCIAL INSTITUTION ROBBER

5                                                      Revised 9/2007

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

V. **Relief:**

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

I have been locked up and have not been able to make ends meet. I feel I should recieve some pay.

VI. The plaintiff demands that the case be tried by a jury. ☐ YES ☒ ~~NO~~

## CERTIFICATION

By signing this Complaint, I certify that the facts stated in this Complaint are true to the best of my knowledge, information and belief. I understand that if this certification is not correct, I may be subject to sanctions by the Court.

Signed this 30 day of 08, 20 24

_Bruce Tabor_
(Signature of plaintiff or plaintiffs)

BRUCE BERNARD TABOR
(Print name)

K70732
(I.D. Number)

1053 W. Inverness St
60651 Chicago IL
(Address)

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]